PARVIZ NOGHREY, Appellant, v TOWN OF BROOKHAVEN et al., Respondents.

Submitted June 21, 2010; decided September 2, 2010

Motion for leave to appeal dismissed upon the ground that the Appellate Division order sought to be appealed from does not finally determine the action within the meaning of the Constitution. In addition, the May 2010 Supreme Court judgment provided by appellant is not an appealable paper pursuant to CPLR 5602 (a) (1) (ii) because it does not finally determine the action within the meaning of the Constitution (*see Burke v Crosson*, 85 NY2d 10, 18 n 5 [1995]).